IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK PAPA, OLYMPIC NATIONAL EXPRESS, WALTER S. BENKIUS, JR., MARK IV TRANSPORT and LOGISTICS,<br><br>  Defendants. | Civil No. 11-2798 RMB/KMW<br><br>**ORDER** |

THIS MATTER coming before the Court upon Plaintiff's motion for default judgment; and the Court having considered the papers; and the Court having issued an Opinion on the motion;

IT IS HEREBY **ORDERED** that the motion for default judgment is **GRANTED** for the reasons set forth in the Opinion.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
United States District Judge

Dated: May 9, 2013

1